An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DANNY L. HUGHES,
Appellant,
vs.
KAREN H. JOHNSON; WILLIAM B. JOHNSON; JOHNSON BEARING SUPPLY; AND U.S. COLLARS LTD.,
Respondents.

No. 66833

**FILED**

DEC 1 6 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to disqualify a judge. Because no statute or court rule authorizes an appeal from such an order, we lack jurisdiction to consider this appeal. *See Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984) (noting that an appeal may only be taken when authorized by statute or court rule); NRAP 3A(b) (listing orders and judgments from which an appeal may be taken). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc: Hon. Jerome Polaha, District Judge
Danny L. Hughes
Goedert & Associates
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14-40968